**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| HENAREH SIAVOSH,<br><br>                Petitioner,<br><br>  v.<br><br>WARDEN BIRKHOLZ,<br><br>                Respondent. | CASE NO. CV 21-3354-JFW(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed,[1] the Court

---

[1] Respondent's objections to the Report and Recommendation were limited to the Magistrate's Judge's failure to take a position on whether Petitioner should be granted a certificate of appealability. (See Dkt. No. 16 at 3: "The government has no objections to the factual findings and legal conclusions contained

concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that Respondent's Motion to Dismiss the Petition be granted and Judgment be entered denying the Petition without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: August 31, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

---

in the [] report and recommendation."). Petitioner did not file any objections to the Report and Recommendation. According to the docket, the Report and Recommendation, mailed to Petitioner at his address of record, was returned as undeliverable mail (dkt. nos. 13-14) and Petitioner has not responded to the Court's Order requiring Petitioner to provide the Court with his current address. (Dkt. No. 15).