JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| HENAREH SIAVOSH, | CASE NO. CV 21-3354-JFW(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of Untied States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED:  August 31, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE